IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hadley Sr, Courtney A | Case Number: 06 B 12997 |
|---|---|---|
| | Hadley, Barbara A | Judge: Wedoff, Eugene R |
| | Printed: 10/7/08 | Filed: 10/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2008
Confirmed: February 8, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 5,155.00 | |
| Secured: | | 1,439.60 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,431.00 |
| Trustee Fee: | | 272.57 |
| Other Funds: | | 11.83 |
| Totals: | 5,155.00 | 5,155.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,274.00 | 2,274.00 |
| 2. | Robert J Semrad & Associates | Administrative | 715.00 | 715.00 |
| 3. | Robert J Semrad & Associates | Administrative | 442.00 | 442.00 |
| 4. | Accredited Home Lenders | Secured | 0.00 | 0.00 |
| 5. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 6. | Plantation Resorts Villas | Secured | 0.00 | 0.00 |
| 7. | Plantation Vacations Inc | Secured | 0.00 | 0.00 |
| 8. | Illinois Title Loans | Secured | 1,574.81 | 405.00 |
| 9. | Cook County Treasurer | Secured | 2,521.00 | 0.00 |
| 10. | HomeComings Financial Network | Secured | 10,995.00 | 531.99 |
| 11. | Accredited Home Lenders | Secured | 1,526.00 | 502.61 |
| 12. | American Express Travel Relate | Unsecured | 8.25 | 0.00 |
| 13. | America's Financial Choice Inc | Unsecured | 64.58 | 0.00 |
| 14. | B-Real LLC | Unsecured | 85.42 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 56.89 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 67.90 | 0.00 |
| 17. | Park Manor Christian Church Credit | Unsecured | 216.23 | 0.00 |
| 18. | Jefferson Capital | Unsecured | 89.78 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 52.81 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 65.47 | 0.00 |
| 21. | Illinois Title Loans | Unsecured | 25.27 | 0.00 |
| 22. | AIS Services | Unsecured | 196.36 | 0.00 |
| 23. | Bills U Lock | Unsecured | 53.50 | 0.00 |
| 24. | Professional Account Management | Unsecured | | No Claim Filed |
| 25. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hadley Sr, Courtney A | Case Number: 06 B 12997 |
|---|---|---|
| | Hadley, Barbara A | Judge: Wedoff, Eugene R |
| | Printed: 10/7/08 | Filed: 10/11/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Professional Account Management | Unsecured | | No Claim Filed |
| 27. | MRSI | Unsecured | | No Claim Filed |
| 28. | GEMB | Unsecured | | No Claim Filed |
| 29. | Alfred Gustafson | Unsecured | | No Claim Filed |
| 30. | Chase | Unsecured | | No Claim Filed |
| 31. | NCO/Progressive Ins Co | Unsecured | | No Claim Filed |
| 32. | Credit Management Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 21,030.27 | $ 4,870.60 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 70.49 |
| 5.4% | 180.43 |
| 6.5% | 21.65 |
| | _____ |
| | $ 272.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

